No. 4691.—Rodríguez Rivera, aplte. v. Colón, apldo.—C. D. Arecibo. Abril 9, 1929.

Estando vencida desde el 4 de octubre de 1928 la segunda prórroga de treinta días concedida a los apelantes para presentar su alegato sin que hayan obtenido nueva prórroga y sin que hasta ahora lo hayan presentado, se desestima esta apelación, como solicita el apelado.

No. 4937.—The Texas Co. of Porto Rico, Inc., aplda. v. Becerra, aplte.—C. D. Humacao. Abril 9, 1929. Vista la moción que antecede sobre desestimación de la presente apelación y apareciendo que el apelante no ha radicado en la corte de distrito exposición del caso o transcripción de evidencia alguna, a pesar de haber vencido la última prórroga concedida con tal fin ni ha radicado en la secretaría de este tribunal la transcripción de autos, no obstante haber transcurrido con exceso el tiempo fijado para ello, se declara con lugar la referida moción, y se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de Humacao con fecha 27 de marzo de 1928, en el caso arriba expresado.

No. 4737.—Suárez Álvarez, apldo. v. Rodríguez Fernández et al., apltes.—C. D. San Juan. Abril 9, 1929. Vista la moción que antecede sobre desestimación de la presente apelación, y apareciendo de la faz de los autos y del alegato de los apelantes que la apelación es enteramente frívola: se declara con lugar la referida moción, y se desestima la apelación entablada contra la sentencia que dictó la Corte de Distrito de San Juan en el caso arriba expresado, con fecha 23 de abril de 1928.